Same case below, 375 Fed. Appx. 392.

**No. 10-5450. Eric Wise, Petitioner v. James Kaiser, et al.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7310.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 371 Fed. Appx. 673.

**No. 10-5451. Keven Wyrick, Petitioner v. Dave Ebbert, Warden.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7147.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 347 Fed. Appx. 732.

**No. 10-5452. David Thomas, Jr., Petitioner v. Texas.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7241.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

Same case below, 312 S.W.3d 732.

**No. 10-5453. Donald Edward Beaty, Petitioner v. Arizona.**

562 U.S. 922, 131 S. Ct. 302, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7193.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Arizona, Maricopa County, denied.

**No. 10-5454. Roberto Sanchez, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 302, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7403.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 381 Fed. Appx. 917.

**No. 10-5455. Michael A. Evans, Petitioner v. Okaloosa County, Florida, et al.**

562 U.S. 922, 131 S. Ct. 302, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7208.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5456. Michael S. Ewart, Petitioner v. Iowa.**

562 U.S. 923, 131 S. Ct. 302, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7607.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Iowa denied.

**No. 10-5457. Rickey Calhoun, Petitioner v. Henry Richards.**

562 U.S. 923, 131 S. Ct. 302, 178 L. Ed. 2d 196, 2010 U.S. LEXIS 7364.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.